UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY SANCHEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANTHONY TURNER,<br><br>　　　　　Defendant. | No. 1:25-cv-00328-JLT-SAB (PC)<br><br>ORDER DENYING DEFENDANT'S MOTION TO SCREEN PLAINTIFF'S FIRST AMENDED COMPLAINT AS UNNECESSARY<br><br>(ECF No. 10) |

　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  This action was removed from state court on March 18, 2025.

　　　On July 11, 2025, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, found no cognizable claims, and granted Plaintiff thirty days to file an amended complaint.  (ECF No. 8.)  Plaintiff filed a first amended complaint on August 4, 2025.  (ECF No. 9.)

　　　Currently before the Court is Defendant's motion to screen Plaintiff's first amended complaint, filed August 14, 2025.  (ECF No. 10.)  Inasmuch as the Court is statutorily required to screen Plaintiff's first amended complaint, Defendant's motion is DENIED as unnecessary.  Plaintiff's first amended complaint will be screened in due course.

IT IS SO ORDERED.

Dated:  **August 15, 2025**　　　　　　　　　　／s／ Stanley A. Boone
　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1