UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY SANCHEZ,<br><br>            Plaintiff,<br><br>   v.<br><br>ANTHONY TURNER,<br><br>            Defendant. | No. 1:25-cv-00328-JLT-SAB (PC)<br><br>ORDER RESCHEDULING SETTLEMENT CONFERENCE TO **DECEMBER 10, 2025** |

      Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. This matter has been referred for a settlement conference before the undersigned on December 9, 2025, at 9:30 a.m. (ECF No. 15.)

      In order to accommodate the Court's calendar, the settlement conference is RESCHEDULED to **December 10, 2025, at 9:30 a.m.**

IT IS SO ORDERED.

Dated:  **October 16, 2025**             /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE

1