UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY SANCHEZ,<br><br>           Plaintiff,<br><br>v.<br><br>ANTHONY TURNER,<br><br>           Defendant. | Case No. 1:25-cv-00328-JLT-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE JOHNNY SANCHEZ**, CDCR No. E72914, <u>**VIA ZOOM VIDEO CONFERENCE**</u><br><br>DATE: December 10, 2025<br>TIME:  9:30 a.m. |

      **Inmate Johnny Sanchez, CDCR No. E72914**, a necessary and material witness on his behalf in a settlement conference on **December 10, 2025, at 9:30 a.m.**, is confined at the Avenal State Prison, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by Zoom video conference from his present institution before United States Magistrate Judge Barbara A. McAuliffe on December 10, 2025, at 9:30 a.m.**

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

      **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      **To: The Warden of the Avenal State Prison:**

      **WE COMMAND** you to produce the inmate named above **to appear by Zoom video conference, along with any necessary legal property,** at the time and place above, until completion of the proceedings, or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **November 10, 2025**
                                                   STANLEY A. BOONE
                                                   United States Magistrate Judge

