UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY SANCHEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>ANTHONY TURNER,<br><br>            Defendant. | No. 1:25-cv-00328-JLT-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE JOHNNY SANCHEZ, CDCR #E72914<br><br>(ECF No. 19) |

A settlement conference in this matter commenced on December 10, 2025. Inmate Johnny Sanchez, CDCR #E72914, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **December 10, 2025**         /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE

1