# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY SANCHEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>ANTHONY TURNER,<br><br>   Defendant. | Case No. 1:25-cv-328 JLT-SAB (PC)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**<br><br>(ECF No. 15) |

The Court conducted a settlement conference in this action on December 10, 2025, at which the parties reached a settlement agreement and which terms were placed on the record.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

   1. All pending matters and dates in this action are VACATED; and

   2. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated:   **December 10, 2025**        /s/ *Barbara A. McAuliffe*  _
                                     UNITED STATES MAGISTRATE JUDGE